## DANIELS and Others *v.* SILVERS and Another.

APPEAL from the Cass Common Pleas.

FRAZER, C. J.—This case involves no question not decided in *Smith* v. *Silvers*, at this term, *ante*, p. 321, and is affirmed, with costs.

*F. Swigart, J. M. Pratt, S. E. Perkins, O. F. Baker,* and *S. E. Perkins, Jr.,* for appellants.

*A. M. Flory,* for appellees.